## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Fell v. U.S.            Docket No.: 14-3539

Lead Counsel of Record (name/firm) or Pro se Party (name): William B. Darrow, Assistant U.S. Attorney, United State's Attorney's Office

Appearance for (party/designation): United States, Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
     Parties: _____
[ ] Incorrect. Please change the following parties' designations:
     <u>Party</u>                <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: William B. Darrow
Firm: U.S. Attorney's Office
Address: 11 Elmwood Avenue, P.O. Box 570, Burlington, VT  05402
Telephone: 802-961-6725          Fax: 802-951-6540
Email: bill.darrow@usdoj.gov

## RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: 02-1638 and 06-2882

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
1/7/2010 _____ OR that ( ) I applied for admission on _____ or renewal on
_____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _W. B. R___
Type or Print Name: William B. Darrow, Assistant U.S. Attorney
         OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.