## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Fell v. United States        Docket No.: 14-3539pr

Lead Counsel of Record (name/firm) or Pro se Party (name): Lewis Liman / Cleary Gottlieb Steen & Hamilton LLP

Appearance for (party/designation): Donald Fell, Appellee

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✔] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
     Parties: _____
[ ] Incorrect. Please change the following parties' designations:
     Party                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✔] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: Lewis Liman
Firm: Cleary Gottlieb Steen & Hamilton LLP
Address: One Liberty Plaza, New York, NY 10006
Telephone: 212-225-2550        Fax: 212-225-3999
Email: lliman@cgsh.com

### RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[✔] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: United States v. Donald Fell, 02-1638 / United States v. Donald Fell, 06-2882

### CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 05/05/2010 _____ OR that ( ) I applied for admission on _____ or renewal on _____ . If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: Lewis Liman
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.