# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.**     **2. PLEASE TYPE OR PRINT.**     **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Donald Fell v. United States of America | Vermont | William K. Sessions III |

| | Date the Order or Judgment Appealed from was Entered on the Docket: 07/24/2014 | District Court Docket No.: 2:01-cr-12 |
|---|---|---|
| | Date the Notice of Appeal was Filed: 09/22/14 | Is this a Cross Appeal? Yes ✓ No |

| Attorney(s) for Appellant(s): Plaintiff Defendant | Counsel's Name: William B.Darrow | Address: 11 Elmwood Ave. Burlington, VT 05402 | Telephone No.: 802-951-6725 | Fax No.: 802-951-6540 | E-mail: bill.darrow@usdoj.gov |
|---|---|---|---|---|---|

| Attorney(s) for Appellee(s): Plaintiff Defendant | Counsel's Name: Lewis J. Liman | Address: One Liberty Plaza, NY, NY 10006 | Telephone No.: 212-225-2550 | Fax No.: 212-225-3999 | E-mail: lliman@cgsh.com |
|---|---|---|---|---|---|

| Has Transcript Been Prepared? Yes | Approx. Number of Transcript Pages: 500 | Number of Exhibits Appended to Transcript: Approx. 30 | Has this matter been before this Circuit previously? ✓ Yes    No<br>If Yes, provide the following:<br>Case Name: U.S. v. Fell<br>2d Cir. Docket No.: 02-1638 and 06-2882    Reporter Citation: (i.e., F.3d or Fed. App.) 360 F.3d 135 (2d Cir. 2004), 531 F.3d 197 (2d Cir. 2008) & 571 F.3d 264 (2d Cir. 2009) |
|---|---|---|---|

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

### PART A: JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ✓ U.S. a party        Diversity | ✓ Final Decision        Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| Federal question (U.S. not a party)        Other (specify): _____ | Interlocutory Decision Appealable As of Right        Other (specify): _____ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | | 3. Relief | |
|---|---|---|---|---|
| _ Pre-trial | Default judgment | Dismissal/other jurisdiction | Damages: | Injunctions: |
| During trial | – Dismissal/FRCP 12(b)(1) | Dismissal/merit | | |
| ✓ After trial | lack of subj. matter juris. | Judgment / Decision of the Court | _ Sought: $ ____ | Preliminary |
| | Dismissal/FRCP 12(b)(6) | Summary judgment | Granted: $ ____ | Permanent |
| | failure to state a claim | Declaratory judgment | Denied: $ ____ | Denied |
| | Dismissal/28 U.S.C. § 1915(e)(2) | Jury verdict | | |
| | frivolous complaint | Judgment NOV | | |
| | Dismissal/28 U.S.C. § 1915(e)(2) | Directed verdict | N/A | |
| | other dismissal | Other (specify): habeas | | |

## PART C: NATURE OF SUIT (Check as many as apply)

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| Antitrust | Communications | Freedom of Information Act | Admiralty/ | Admiralty/ | ⊓ Civil Rights |
| Bankruptcy | Consumer Protection | Immigration | Maritime | Maritime | ✓ Habeas Corpus |
| Banks/Banking | Copyright ☐ Patent | Labor | Assault / | Arbitration | Mandamus |
| Civil Rights | Trademark | OSHA | Defamation | Commercial | Parole |
| Commerce, | Election | Securities | FELA | Employment | Vacate Sentence |
| Energy | Soc. Security | Tax | Products Liability | Insurance | Other |
| Commodities | Environmental | | Other (Specify): | Negotiable | |
| Other (specify): 28 U.S.C. 2255 (habeas) | | | | Instruments Other Specify | |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| Forfeiture/Penalty | Arbitration | ✓ Yes     No |
| Real Property | Attorney Disqualification | |
| Treaty (specify): _____ | Class Action | Will appeal raise a matter of first impression? |
| Other (specify): _____ | Counsel Fees | |
| | Shareholder Derivative | ✓ Yes     No |
| | Transfer | |

1. Is any matter relative to this appeal still pending below?     Yes, specify: _____     ✓ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A)   Arises from substantially the same case or controversy as this appeal?     Yes     ✓ No
   (B)   Involves an issue that is substantially similar or related to an issue in this appeal?     Yes     ✓ No

If yes, state whether "A," or "B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|

| Name of Appellant: |
|---|

| Date: 10/9/14 | Signature of Counsel of Record: |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.