## ADDENDUM A

(1) The appeal arises from a 28 U.S.C. § 2255 collateral attack on a criminal conviction and sentence. Plaintiff/movant Donald Fell was convicted at a 2005 jury trial of capital kidnapping and carjacking, and sentenced to death. The conviction and sentence were affirmed by this Court on direct appeal. *United States v. Fell*, 531 F.3d 197 (2d Cir. 2008). In March, 2011, Fell filed a timely § 2255 motion challenging his conviction and sentence. In July, 2014, United States District Court Judge William K. Sessions, III, granted the § 2255 motion, vacating the conviction and sentence on grounds of juror misconduct. This appeal, filed by the government, protests that July, 2014 ruling.

(2) The July, 2014 order held that misconduct by one of the 2005 trial jurors contaminated the trial and required vacating the verdict. Judge Sessions found that a juror had, in violation of court directives, visited crime scenes during trial and reported his observations to other jurors during deliberations. Judge Sessions found that the juror's extraneous observations were material and prejudicial. Judge Sessions also found that the juror failed to answer honestly the court's question, each day of trial, whether any juror had been exposed to extra-record information, and during a 2013 hearing on the § 2255 allegations gave false testimony denying his visit to crime scenes. Finally, Judge Sessions determined that the juror in question was biased.

(3) A copy of the Notice of Appeal, and a current copy of the lower court docket sheet, are attached.

(4) A copy of the relevant July 2014 order is attached.