## ADDENDUM B

As presently conceived, the issue to be raised on appeal is whether Judge Sessions committed error in overturning the jury's capital verdict based upon prejudicial juror misconduct. The standard of review is mixed: legal conclusions are reviewed *de novo*, findings of fact are reviewed for clear error.