**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 09, 2014
Docket #: 14-3539pr
Short Title: Fell v. United States of America

DC Docket #: 11-cv-75
DC Court: VT (BURLINGTON)
DC Docket #: 2:01-cr-12-1
DC Court: VT (BURLINGTON)
DC Judge: Sessions

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8572.