## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Fell v. United States**                    Docket No.: **14-3539pr**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Paul J. Van de Graaf**

Firm: **U.S. Attorney's Office**

Address: **11 Elmwood Avenue, P.O. Box 570, Burlington, VT 05402**

Telephone: **802-951-6725**                    Fax: **802-951-6540**

E-mail: **Paul.Van.De.Graaf@usdoj.gov**

Appearance for: **United States, Appellant**
                    (party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
                    (name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
                    (name/firm)

☑ Additional counsel (co-counsel with: **William B. Darrow, U.S. Attorney's Office** )
                    (name/firm)

☐ Amicus (in support of: _____ )
                    (party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on **07/08/2010**                                        OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Paul J. Van De Graaf**

Type or Print Name: **Paul J. Van De Graaf**