

# U.S. Department of Justice

*United States Attorney*
*District of Vermont*
*United States Courthouse and Federal Building*

---

| | |
|---|---|
| *Post Office Box 570* | *(802) 951-6725* |
| *Burlington, Vermont 05402-0570* | *Fax: (802) 951-6540* |

October 22, 2014

**VIA FEDERAL EXPRESS & E-MAIL**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  Fell v. United States; Docket No. 14-3539pr

Dear Ms. O'Hagan Wolfe:

The government proposes to file the Appellant's Brief on or before January 20, 2015.

Sincerely,

TRISTRAM J. COFFIN
United States Attorney

By:  /s/ *William B. Darrow*
William B. Darrow
Assistant U.S. Attorney

cc: Lewis Liman, Esq.