# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand and fourteen.

Before:    José A. Cabranes,
                  *Circuit Judge.*

_____

Donald Fell,

            Petitioner-Appellee,                          **ORDER**
                                                                    Docket No.  14-3539

v.

United States of America,

            Respondent-Appellant.

_____

Counsel for the Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 20, 2015 as the brief/appendix filing date.

The scheduling notification is hereby so ordered.


                              FOR THE COURT:

                              Catherine O'Hagan Wolfe,
                              Clerk of Court

