# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): __14-3539__                                                   Caption [use short title]

Motion for: __Withdrawal of Appeal__

Fell v. United States of America

Set forth below precise, complete statement of relief sought:

__Appellant United States seeks to withdraw__

__the Notice of Appeal__

MOVING PARTY: __United States of America__          OPPOSING PARTY: __Donald Fell__

☐ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner          ☐ Appellee/Respondent

MOVING ATTORNEY: __William B. Darrow, AUSA__          OPPOSING ATTORNEY: __Lewis J. Liman__

[name of attorney, with firm, address, phone number and e-mail]

United States Attorney's Office for the District of Vermont          Cleary Gottlieb Steen & Hamilton LLP

11 Elmwood Avenue, 3rd Floor, P.O. Box 570, Burlington, VT 05402          1 Liberty Plaza

802-951-6725, bill.darrow@usdoj.gov          New York, NY 10006

Court-Judge/Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):

☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:

☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:

☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?          ☐ Yes ☐ No

Has this relief been previously sought in this Court?          ☐ Yes ☐ No

Requested return date and explanation of emergency:_____

Is oral argument on motion requested?          ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?          ☐ Yes ☑ No  If yes, enter date:_____

Signature of Moving Attorney:

_____          Date: __12/23/14__          Service by: ☑ CM/ECF          ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)