UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

DONALD FELL )
)
v. ) Docket No. 14-3539
)
UNITED STATES OF AMERICA )

## DECLARATION IN SUPPORT OF MOTION TO WITHDRAW APPEAL

1. My name is William B. Darrow, and I am the Assistant United States Attorney in the District of Vermont representing the appellant United States. This declaration is submitted in support of the appellant's Motion to Withdraw Appeal.

2. The United States filed a protective Notice of Appeal pending determination by the Solicitor General of the United States whether to appeal the July 24, 2014, decision by Judge William K. Sessions, III vacating the jury verdict. The Solicitor General has decided against authorizing the appeal. Accordingly, appellant now seeks to withdraw the appeal.

Dated at Burlington, in the District of Vermont, this 23rd day of December, 2014.

Respectfully submitted,

UNITED STATES OF AMERICA

TRISTRAM J. COFFIN
United States Attorney

By: WILLIAM B. DARROW
Assistant U.S. Attorney
P.O. Box 570
Burlington VT 05402-0570
(802) 951-6725

1