# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of December, two thousand and fourteen.

_____

Donald Fell,

     Petitioner-Appellee,

           v.

United States of America,

     Respondent-Appellant.

**ORDER**
Docket No. 14-3539

_____

Appellant United States moves to withdraw its appeal pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

